UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL            JS-6

| | |
|---|---|
| Case No. | SA CV 22-1626-TJH(KSx) |
| Date | MARCH 18, 2024 |
| Title | Innovative Sports Management, Inc. v. Cimar Scaff et al |

Present: The Honorable  TERRY J. HATTER, JR., UNITED STATES DISTRICT JUDGE

| Yolanda Skipper | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   **IN CHAMBERS-ORDER AND NOTICE TO ALL PARTIES**

On August 2, 2023, the Court issued an Order to Show Cause why it should not dismiss this action for lack of prosecution. Plaintiff was to respond to the Court's Order to Show Cause no later than September 13, 2023.

As of the date of this Order, Plaintiff has not filed or responded to the Court's Order to Show Cause. Accordingly, this action is hereby **DISMISSED** without prejudice.

**IT IS SO ORDERED.**

cc: all parties